DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARC D. ANDREWS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2165

[March 22, 2018]

Appeal of order denying petition for writ of habeas corpus to the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case Nos. 16-12727 CF10B and 06-13598 CF10A.

Marc D. Andrews, Carrabelle, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Mark Hamel, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, LEVINE and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***